Kendall L. Manock     # 025932
Charles K. Manock    # 161633
Christopher D. Bell    # 247082
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Charles M. English
Wendy M. Yoviene
**OBER KALER**
1401 H Street, NW, Suite 500
Washington, DC 20005
202-408-8400 Tel
202-408-0640 Fax

Attorneys for Defendant, DAIRY AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. RAWLINGS and MICHAEL K. SCHUGG,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAIRY AMERICA, INC., and CALIFORNIA DAIRIES, INC.,<br><br>　　　　　　　　Defendants. | Case No.: 1:09-cv-00607-AWI-DLB<br><br>**STIPULATION OF COUNSEL EXTENDING THE TIME FOR RESPONSE TO COMPLAINT BY DEFENDANT DAIRY AMERICA, INC.** |

　　　　Pursuant to Rule 6-144(a) of the General Local Rules of the above Court, Plaintiffs TIMOTHY L. RAWLINGS and MICHAEL K. SCHUGG, individually and on behalf of themselves and all others similarly situated, and Defendant DAIRY AMERICA, INC. ("Defendant"), by and through their respective attorneys of record, hereby stipulate that Defendant shall have until June 2, 2009, to respond to the Class Action Complaint herein. There

have been no prior extensions of time granted to Defendant to respond to the Class Action Complaint in this case.

The parties who have signed below to indicate their agreement are the only parties who have appeared to date in this action or are affected by this stipulation to extend time.

DATED: April 13, 2009.　　　　　　KELLER ROHRBACK P.L.C.

By /s/ Ron Kilgard (as authorized on 4/13/09)
Ron Kilgard
Gary A. Gotto
Mark Samson

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Mark A. Griffin
Raymond J. Griffin
Juli E. Farris

Attorneys for Plaintiffs, TIMOTHY L. RAWLINGS and MICHAEL K. SCHUGG, individually and on behalf of themselves and all others similarly situated.

DATED: April 23, 2009.

Respectfully Submitted,

BAKER MANOCK & JENSEN, PC

By /s/ Kendall L. Manock
Kendall L. Manock
Charles K. Manock
Christopher D. Bell

OBER KALER
Charles M. English
Wendy M. Yoviene

Attorneys for Defendant, DAIRY AMERICA, INC.

**IT IS SO ORDERED**.

DATED: 23 April 2009.　　　　　/S/ *Dennis L. Beck*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DMS: DMS: 728972_1.DOC-- 11520.0024

2

STIPULATION OF COUNSEL EXTENDING THE TIME FOR RESPONSE TO COMPLAINT BY DEFENDANT DAIRY AMERICA, INC.